JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| PENNY RICE, | ) Case No. EDCV 09-1681-MLG |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that judgment be entered in favor of Plaintiff and that the matter be remanded for an award of benefits.

DATED:   March 5, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge